UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

DENNIS MAURICE BRICE, II,

    Plaintiff,

v.                                                                       Civil Action No.: 2:21-cv-00211

DEXTER EARL CHERRY,

XPO LOGISTICS DRAYAGE, LLC,

and

JOHN DOE,

    Defendants.

## NOTICE OF REMOVAL

Defendants Dexter Earl Cherry ("Cherry") and XPO Logistics Drayage, LLC ("XPO") file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, on the following grounds:

1. This civil action was commenced by the filing of a Complaint on or about March 15, 2021 and is currently pending in the Circuit Court for the City of Chesapeake, Virginia. Copies of all process, pleadings, papers and orders which have been served on, or otherwise received by XPO and Cherry (collectively "Defendants") are attached to this Notice as **Exhibit A.**

2. A copy of the Complaint was received by XPO on March 29, 2021. This was XPO's first notice that a Complaint had been filed and was pending against it. Service has been requested on Cherry, but no returns have been filed to date.

3. No further proceedings have been had in this action.

4. The Plaintiff's Complaint contains an *ad damnum* seeking judgment against Defendants in the amount of five-hundred thousand dollars ($500,000.00) for personal injuries

the Plaintiff allegedly sustained arising out of a motor vehicle accident in which Cherry was operating a vehicle owned by XPO.  **Exhibit A.**

5. Plaintiff is and was at the time this action was filed a citizen and resident of the State of Virginia.

6. XPO Logistics Drayage, LLC, a Delaware limited liability company, is 100% owned by XPO Logistics Cartage, LLC, a Delaware limited liability company, which is 100% owned by XPO Intermodal Solutions, Inc., an Ohio corporation, which is 100% owned by XPO Intermodal, Inc., a Tennessee corporation, which is 100% owned by XPO Logistics, Inc., a Delaware corporation, which and was at the time this action was filed, a corporation incorporated in the State of Delaware, with its principal place of business in the State of Ohio.  None of the XPO entities are now, or were at the time this action was filed, citizens of the Commonwealth of Virginia.

7. Cherry is, and was at the time this action was filed, a citizen of the State of North Carolina.  Cherry was not, and is not now, a citizen of the Commonwealth of Virginia.

8. Defendant John Doe, a defendant sued under a fictitious name, must be disregarded for purposes of removal to federal court based on diversity jurisdiction.  28 U.S.C. § 1441(a); see also, e.g. Waker v. Bankers Life Ins. Co., Civil Action No. 7:18CV00118, 2018 U.S. Dist. LEXIS 87118 (W.D. Va. May 22, 2018) (resolving "the clear and unequivocal language of § 1441(b)(1)…[means] the court is required to disregard the citizenship of the John Doe defendant, *even if there is reason to believe that he is a citizen of Virginia*" for removal on the basis of diversity jurisdiction.")

9. This action involves a controversy wholly between citizens of different states.  There is complete diversity of citizenship as to Plaintiff and Defendants.

10. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

11. Defendants desire to remove this action to this Court.

12. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendants of Plaintiff's Complaint through service or otherwise.

WHEREFORE, Dexter Earl Cherry and XPO Logistics Drayage, LLC, by counsel, respectfully request that the above-entitled action be removed from the Circuit Court for the City of Chesapeake, Virginia, to this Court.

Respectfully submitted,

DEXTER EARL CHERRY
XPO LOGISTICS DRAYAGE, LLC


By: /s/ J. Matthew Haynes, Jr., Esquire
J. Matthew Haynes, Jr. (VSB No.: 51007)
Brennan C. Morrissett (VSB No.: 86333)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 – Telephone
(804) 775-3800 – Facsimile
mhaynes@lawmh.com
bmorrissett@lawmh.com
*Counsel for Dexter Earl Cherry and
XPO Logistics Drayage, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Ilya Rabkin, Esquire (VSB No.: 89504)
Christina Pendleton & Associates
1506 Staples Mill Road, Suite 101
Richmond, Virginia 23230
Telephone:  (804) 799-7979
Facsimile: (804) 977-2392
ir@cpenlaw.com
*Counsel for the Plaintiff*

And mailed this 16th day of April, 2021 to the following:

Hon. Alan P. Krasnoff
Chesapeake Circuit Court
307 Albemarle Drive
Suite 300A
Chesapeake, VA 23322-5579

 /s/  J. Matthew Haynes, Jr., Esquire
J. Matthew Haynes, Jr. (VSB No.: 51007)
Brennan C. Morrissett (VSB No.: 86333)
McCandlish Holton, P.C.
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3100 – Telephone
(804) 775-3800 – Facsimile
mhaynes@lawmh.com
bmorrissett@lawmh.com
*Counsel for Dexter Earl Cherry and*
*XPO Logistics Drayage, LLC*